**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60060-EA**

**Josnell Salazar Urbaneja,**

 Petitioner,

v.

**Kristi Noem,
Et al.,**

 Respondents.
_____/

## **ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED**

 This cause comes before the Court on sua sponte review of the record. The petitioner has petitioned for the writ of habeas corpus because the United States Immigration and Customs Enforcement ("ICE") has allegedly detained the petitioner since the United States Department of Homeland Security ("DHS") asserts that the petitioner is "an alien present in the United States who has not been admitted or paroled" and is "subject to removal from the United States." ECF No. 1 ¶ 4; ECF No. 1-5 at 1.

 As such, the facts alleged in the petition indicate that his confinement arises from the Attorney General's decision to either commence proceedings, adjudicate his case, and/or execute a removal order against him. *See generally* ECF No. 1. Thus, it appears that the Court lacks subject matter jurisdiction over his petition. *See* 8 U.S.C. § 1252(g) ("Except as provided in this section and *notwithstanding any other provision of law* (statutory or nonstatutory), *including section 2241 of title 28, United States Code, or any other habeas corpus provision*, . . . no court shall have jurisdiction to hear *any cause of claim* by or on behalf of any alien *arising from the decision or*

*action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien under this Act.*" (emphasis added)); *see also Mbutha v. U.S. Immigr. & Customs Enf't*, --- F. Supp. 3d ----, No. 1:25-cv-23593-EA, 2025 WL 3550997, 2025 U.S. Dist. LEXIS 256562, (S.D. Fla. Dec. 11, 2025) (dismissing a petition for the writ of habeas corpus for lack of subject matter jurisdiction under 8 U.S.C. § 1252(g)).

Therefore, it is **ORDERED AND ADJUDGED**:

1. On or by **January 19, 2026**, the petitioner **SHALL SHOW CAUSE** why this petition should not be dismissed.

2. On or by **January 26, 2026**, the respondents may file a response.

**ORDERED** in Chambers in West Palm Beach, Florida, this 12th day of January 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

CC:

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134
7863803585
Email: afriz@visadoctors.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov