UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60060-EA

**Josnell Salazar Urbaneja,**

    Petitioner,

v.

**Kristi Noem,**
**Pamela Bondi,**
**Todd M. Lyons,**
**Garrett Ripa,**

    Respondents.
_____/

## ORDER DISMISSING PETITION FOR
## LACK OF SUBJECT MATTER JURISDICTION

This cause comes before the Court on the Court's order for the petitioner to show cause why the petition should not be dismissed for lack of subject matter jurisdiction under 8 U.S.C. § 1252(g) [ECF No. 4]. In response to this order, the petitioner asserts that the Court has subject matter jurisdiction over the petition "because the Petition challenges the legality of his ongoing civil detention, not any decision by [Department of Homeland Security] or the Attorney General to commence proceedings, adjudicate a case, or execute a removal order." ECF No. 5 at 1.

But as plainly stated in the petitioner's exhibits to the petition, the Department of Homeland Security ("DHS") seeks to remove the petitioner from the United States on the grounds that he is "an alien present in the United States who has not been admitted or paroled." ECF No. 1-5 at 1.

Thus, as a matter of law, the petitioner's challenge to his ongoing civil detention by DHS is a cause or claim arising from the decision to commence removal proceedings against him. *See Gupta v. McGahey*, 709 F.3d 1062, 1065 (11th Cir. 2013) ("Securing an alien while awaiting a removal

determination constitutes an action taken to commence proceedings."); *Alvarez v. U.S. Immigr. & Customs Enf't*, 818 F.3d 1194, 1203 (11th Cir. 2016) (explaining that § 1252(g) deprives courts of subject matter jurisdiction to review "ICE's decision to take [an alien] into custody and to detain him during his removal proceedings" because "[t]hese [actions] . . . arise from ICE's decision to commence proceedings"); *Mbutha v. U.S. Immigr. & Customs Enf't*, --- F. Supp. 3d ----, No. 1:25-cv-23593-EA, 2025 WL 3550997, 2025 U.S. Dist. LEXIS 256562, at *2 (WL), at *5 (LEXIS) (S.D. Fla. Dec. 11, 2025) ("[D]etaining an alien undoubtedly '*arises*' from the Attorney General's 'decision or action' to commence proceedings against the alien, as those terms plainly indicate.").

Accordingly, the Court lacks subject matter jurisdiction over the petition. *See* 8 U.S.C. § 1252(g) ("Except as provided in this section and *notwithstanding any other provision of law* (statutory or nonstatutory), *including section 2241 of title 28, United States Code, or any other habeas corpus provision*, . . . no other court shall have jurisdiction to hear *any cause or claim* by or on behalf of any alien *arising from the decision or action by the Attorney General* to commence proceedings, adjudicate cases, or execute removal orders against any alien under this Act." (emphasis added)); *see also Camarena v. Dir., Immigr. & Customs Enf't*, 988 F.3d 1268, 1273 (11th Cir. 2021) ("[A] party may not dress up a claim with legal or constitutional clothing to invoke our jurisdiction[.]" (quoting *Patel v. U.S. Att'y Gen.*, 971 F.3d 1258, 1272 (11th Cir. 2020) (en banc))).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**. *See Stalley v. Orlando Reg'l Healthcare Sys.*, 524 F.3d 1229, 1232 (11th Cir. 2008) ("A dismissal for lack of subject matter jurisdiction is not a judgment on the merits and is entered without prejudice."); *see also Mbutha*, --- F. Supp. 3d ----, 2025 WL 3550997, 2025 U.S. Dist.

LEXIS 256562 (dismissing a petition for writ of habeas corpus where the Court lacked subject matter jurisdiction over the petition under 8 U.S.C. § 1252(g) because the petition arose from the decision to commence removal proceedings against the alien).

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 27th day of January 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134
7863803585
Email: afriz@visadoctors.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov