UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60060-EA

**Josnell Salazar Urbaneja,**

      Petitioner,

v.

**Kristi Noem, et al.**

      Respondents.
_____/

## ORDER VACATING DISMISSAL ORDER AND REOPENING CASE

This cause comes before the Court on sua sponte review of the record. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. The Court's prior order dismissing the petition [ECF No. 7] is **VACATED**.

2. The Clerk of the Court is instructed to **REOPEN** the case.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of January 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134
7863803585
Email: afriz@visadoctors.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov