**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60060-EA**

**Josnell Salazar Urbaneja,**

    Petitioner,

v.

**Kristi Noem,**
**Pamela Bondi,**
**Todd M. Lyons,**
**Garrett Ripa,**

    Respondents.
_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for writ of habeas corpus [ECF No. 1]. Having carefully reviewed the petition and the record, it is **ORDERED AND ADJUDGED**:

1. The respondents shall respond to the merits of the petition within **7 days** of the issuance of this order. The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to the respondent's filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.

2. The petitioner may file a reply within **7 days** of the respondents filing their response.

3. Nothing in this order shall be construed as the Court conclusively determining that it has subject matter jurisdiction over the petition. *See* ECF No. 4.

**ORDERED** in Chambers in West Palm Beach, Florida, this 17th day of February 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134
7863803585
Email: afriz@visadoctors.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov