**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60060-EA**

**Josnell Salazar Urbaneja,**

       Petitioner,

v.

**Kristi Noem,**
**Pamela Bondi,**
**Todd M. Lyons,**
**Garrett Ripa,**

       Respondents.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the parties' joint stipulation of dismissal without prejudice [ECF No. 14]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of March 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134

7863803585
Email: afriz@visadoctors.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Anthony Erickson-Pogorzelski**
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov